UST-4C, 7/95

CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ 85001-0511
(602) 274-4200

**Dated: April 26, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| Cusumano, Kathryn J. | ) | Case No. 09-09675-PHX-GBN |
| | ) | |
| | ) | ORDER REOPENING CASE |
| Debtor(s) | ) | |

This case having been closed and the Trustee having moved to reopen the case as the Trustee now has assets to be administered.

IT IS **ORDERED** that the above captioned case be reopened. The filing fee due upon reopening of the case shall be paid by the trustee from the estate. If there are insufficient estate funds to pay the fee at this time, the trustee shall pay the fee as soon as there are sufficient estate funds.

IT IS **FURTHER ORDERED** that the Trustee be appointed to administer those assets.

| DATE | THE HONORABLE JUDGE GEORGE B. NIELSEN, JR. |
|---|---|
| | U.S. BANKRUPTCY JUDGE |